**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Kenneth Wayne McLEOD, a/k/a Killer, Defendant–Appellant.**

**No. 02–6046.**

United States Court of Appeals, Fourth Circuit.

Submitted May 21, 2002.

Decided June 10, 2002.

Kenneth Wayne McLeod, Appellant Pro Se. Angela Hewlett Miller, Office of the United States Attorney, Greensboro, North Carolina, for Appellee.

Before WILLIAMS, MICHAEL, and TRAXLER, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Kenneth Wayne McLeod seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp.2001). We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *See United States v. McLeod,* Nos. CR–98–306; CA–00–1215–1 (M.D.N.C. Nov. 29, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*